Grant R. Clayton (USB No. 4552)
*gclayton@chcpat.com*
Brett J. Davis (USB No. 7840)
*bdavis@chcpat.com*
CLAYTON, HOWARTH & CANNON, P.C.
6985 Union Park Center, Suite 200
Cottonwood Heights, Utah 84047
Telephone: (801) 255-5335
Fax: (801) 255-5338

Attorney for Plaintiff Pro-Tracker, LLC

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | | |
|---|---|---|
| PRO-TRACKER, LLC, an Idaho limited liability company, | ) ) ) | **COMPLAINT** |
| Plaintiff, | ) ) | Jury Trial Demanded |
| | ) ) | |
| IRON MOUNTAIN PRODUCTS LLC, a Kansas limited liability company, | ) ) ) | Civil No. 2:15-cv-00007 Judge: Dustin B. Pead |
| Defendant. | ) ) | |

Plaintiff Pro-Tracker, LLC, (hereinafter "Plaintiff" or "Pro-Tracker") hereby complains and alleges against Defendant Iron Mountain Products LLC (hereinafter "Iron Mountain" or "Defendant") as follows:

1.      This is an action for patent infringement of United States Patent No. 8,425,354 (hereinafter "the '354 patent").

PARTIES, JURISDICTION, AND VENUE

2.      Plaintiff Pro-Tracker is an Idaho limited liability company having an address of 6010 South 4300 West, Rexburg, Idaho 83440.

3.      Upon information and belief, Defendant Iron Mountain Products LLC is a Kansas limited liability company having a place of business located at 849 N. 1909 Rd., LeCompton, Kansas 66050.

4.      This Court has original jurisdiction of the patent infringement claim pursuant to one or both of 28 U.S.C. §§ 1331 and l338(a).

5.      On information and belief, this Court has personal jurisdiction over Defendant by virtue of Defendant's continuous and systematic business contacts in this state, as well as the Defendant's conducting of infringing activity in this state.

6.      Venue is laid in the U.S. District Court for the District of Utah, Central Division pursuant to 28 U.S.C. §§ 1391 and 1400(b).


FACTUAL BACKGROUND

7.      On April 23, 2013, the '354 patent was granted to Plaintiff for an "Implantable Locator for Hunting Arrows."   A true and correct copy of the '354 Patent is attached hereto as Exhibit A.

8.      Plaintiff is the exclusive licensee of the '354 Patent.

2

9.      On information and belief, Defendant has been offering for sale a product known as the Game Vector ("Accused Product") that falls within the scope of one or more claims of the '354 Patent.

FIRST CLAIM FOR RELIEF
(Infringement of the '354 Patent)

10.     Plaintiff realleges and incorporates by reference, as if fully set forth herein, the allegations contained in the Paragraphs above.

11.     Plaintiff is the exclusive licensee of the '354 patent.

12.     Defendant has infringed and is infringing the '354 patent by making, using, offering to sell, or selling to customers devices which embody each and every element, or the equivalent thereof, of at least one claim of the '354 patent.

13.     By reason of the actions of Defendant, Plaintiff has been and will continue to be, seriously damaged and irreparably harmed unless Defendant is enjoined by this Court from the actions complained of herein.

14.     On information and belief, at least a portion of such infringement by Defendant was done with actual knowledge of the existence of the '354 patent, and is unlawful, deliberate, reckless, and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285. Thus, Plaintiff is entitled to be awarded enhanced damages and to recover his attorney's fees.


ALLEGATION OF DAMAGES

15.     Plaintiff realleges and incorporates by reference, as if fully set forth herein, the allegations contained in the Paragraphs above.

3

16.     On information and belief, Defendant has unlawfully derived, and will continue to unlawfully derive, profits by the infringement of the '354 patent.

17.     By reason of the actions of Defendant, Plaintiff has been, and will continue to be, seriously damaged and irreparably harmed unless Defendant is enjoined by this Court from the actions complained of herein.

18.     Plaintiff has suffered monetary damages due to Defendant's acts in an amount that cannot be determined without an accounting, and is thus subject to proof at trial.

19.     The damage and harm to Plaintiff arising from Defendant's acts is not fully compensable by money damages, but rather results in irreparable harm to Plaintiff.

20.     By reason of Defendant's acts alleged herein, Plaintiff has suffered damage to his business, and will continue to suffer damage to his business unless Defendant's unlawful actions and violations of Plaintiff's rights cease.

PRAYER FOR RELIEF

21.     WHEREFORE, Plaintiff prays for judgement of this Court against Defendant as follows:

22.     That the Court adjudge the '354 patent valid and infringed by Defendant;

23.     That Defendant and all of Defendant's agents, servants, employees, attorneys, directors, and those persons in active concert or participation with them, be preliminarily and permanently enjoined under applicable authority from (i) violating Plaintiff's patent rights, or causing others to violate said patent rights, on such terms as the Court deems reasonable, and (ii)

4

further violation of Plaintiff's rights on such terms as the Court deems reasonable;

24.     That Defendant be ordered to deliver up to this Court, for such disposition as it sees fit, all infringing products in its possession or control, all means for making the products, and all labels, packages, receptacles, wrappers, advertisements, literature, documents or other things in its possession or control bearing any designation, description or representation pertaining to the infringement of the '354 patent;

25.     That Defendant be required to account to Plaintiff for any and all profits, gains, and advantages derived by Defendant and for all damages sustained by Plaintiff by reason of the infringement and violation of rights complained of herein, and that the Court award Plaintiff the amount of actual damages suffered by Plaintiff;

26.     That Defendant be required to pay prejudgment and postjudgment interest until such awards are paid;

27.     That Defendant, if warranted, be assessed enhanced damages up to treble damages, due to the deliberate and willful nature of its infringement of Plaintiff's rights;

28.     That, if warranted, this case be deemed an exceptional case and that Defendant be assessed Plaintiff's reasonable attorneys fees and costs for this action; and

29.     That the Court grant such other and further relief as deemed equitable and just.

<u>JURY DEMAND</u>

Plaintiff hereby demands a trial by jury of all issues so triable.


DATED this 5 day of January, 2015.

                    CLAYTON, HOWARTH & CANNON, P.C.



                    Grant R. Clayton (USB No. 4552)
                    Brett J. Davis (USB No. 7840)
                    6985 Union Park Center, Suite 200
                    Cottonwood Heights, Utah 84047
                    Telephone: (801) 255-5335
                    Fax: (801) 255-5338
                    Email: gclayton@chcpat.com

                    Attorney for Plaintiff,
                    Pro-Tracker, LLC


S:\CHC Files\T11--\T119--\T11974\4\Complaint.wpd

# EXHIBIT A

US008425354B2

(12) **United States Patent**　　　　　(10) **Patent No.:**　　**US 8,425,354 B2**
Ferguson　　　　　　　　　　　　　　(45) **Date of Patent:**　　　**Apr. 23, 2013**

(54) **IMPLANTABLE LOCATOR FOR HUNTING ARROWS**

(76) Inventor: **Michael D. Ferguson**, Rexburg, ID (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/884,145**

(22) Filed: **Sep. 16, 2010**

(65) **Prior Publication Data**

US 2012/0220399 A1　Aug. 30, 2012

**Related U.S. Application Data**

(60) Provisional application No. 61/296,207, filed on Jan. 19, 2010, provisional application No. 61/243,049, filed on Sep. 16, 2009.

(51) **Int. Cl.**
**F42B 6/04**　　　(2006.01)
(52) **U.S. Cl.**
USPC ........................................... **473/578**
(58) **Field of Classification Search** ................. 473/578, 473/582, 583
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,421,319 A | | 12/1983 | Murphy |
| 4,541,636 A | | 9/1985 | Humphrey |
| 4,651,999 A | | 3/1987 | Sturm |
| 4,675,683 A | | 6/1987 | Robinson et al. |
| 4,704,612 A | | 11/1987 | Boy et al. |
| 4,749,198 A | | 6/1988 | Brailean |
| 4,858,935 A | | 8/1989 | Capson |
| 4,885,800 A | | 12/1989 | Ragle |
| 4,940,245 A | | 7/1990 | Bittle, Jr. |
| 4,976,442 A | * | 12/1990 | Treadway .................... 473/570 |
| 5,024,447 A | | 6/1991 | Jude |
| 5,141,229 A | | 8/1992 | Roundy |
| 5,157,405 A | | 10/1992 | Wycoff et al. |
| 5,167,417 A | | 12/1992 | Stacey et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 747692 | 12/1996 |
| FR | 487413 | 7/1918 |

(Continued)

OTHER PUBLICATIONS

Bowhunter Magazine, Zwickey Scorpio, Nov. 1984, p. 113.

(Continued)

*Primary Examiner* — John Ricci

(74) *Attorney, Agent, or Firm* — Clayton, Howarth & Cannon, P.C.

(57) **ABSTRACT**

A hunting arrow for tracking target animals is disclosed and described. The arrow can include a chamber having an angled surface and a compression fitting surface. The arrow can also include a transmitter housing having an angled surface and a compression fitting to securely house the transmitter within the chamber during flight. The transmitter may include removable parts, to enable reuse of the transmitter, including but not limited to: compression fittings, barbed hooks, an attachment assembly and a battery cover. The transmitter is ejected from the chamber when the arrow strikes a target animal and the one or more barbed hooks stops the forward momentum of the transmitter with sufficient force to overcome the friction between the compression fitting and the compression fitting surface within the chamber, thereby ejecting and embedding the transmitter in the hide of the animal. Alternatively, or in addition thereto, the hunting arrow can include a plunger system, retaining member/retaining dimple system and/or an adhesive strip system to secure the transmitter to the arrow during flight.

**48 Claims, 21 Drawing Sheets**



**US 8,425,354 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,188,373 A | 2/1993 | Ferguson et al. | | |
| 5,446,467 A | 8/1995 | Willett | | |
| 5,450,614 A | 9/1995 | Rodriguez | | |
| 6,409,617 B1 | 6/2002 | Arnold | | |
| 6,856,250 B2 | 2/2005 | Hilliard | | |
| 7,232,389 B2 * | 6/2007 | Monteleone | ................ | 473/578 |
| 7,300,367 B1 * | 11/2007 | Andol et al. | ................ | 473/578 |
| 7,331,887 B1 * | 2/2008 | Dunn | ......................... | 473/578 |
| 7,632,199 B2 * | 12/2009 | Kikos | ......................... | 473/578 |
| 8,192,309 B1 * | 6/2012 | Roberts | ......................... | 473/578 |
| 2003/0132846 A1 | 7/2003 | Hilliard | | |
| 2010/0035709 A1 | 2/2010 | Russell et al. | | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 1022401 | 3/1953 |
| GB | 114274 | 3/1918 |
| GB | 635439 | 4/1950 |
| GB | 1430790 | 4/1976 |

## OTHER PUBLICATIONS

1986 Suanders Successories Catalog, Arrow Penetration Limiter, Jul. 1986, p. 9.

* cited by examiner



**FIG. 1A**



**FIG. 1B**



FIG. 2



**FIG. 3**



**FIG. 4**



**FIG. 5**                    **FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**



**FIG. 12**



**FIG. 13**



**FIG. 14**



FIG. 15



**FIG. 16**



**FIG. 17**



**FIG. 18**



**FIG. 19**



*2000*

*2010*

**FIG. 20**



*2110*                                                    *2110*

**FIG. 21**



**FIG. 22**



**FIG. 23**

**FIG. 24**



*FIG. 25*



*FIG. 26*



**FIG. 27**



**FIG. 28**



*FIG. 29*



*FIG. 30*



**FIG. 31**



**FIG. 32**



**FIG. 33**



3400

**FIG. 34**

3400

**FIG. 35**



**FIG. 36**



**FIG. 37**



**FIG. 38**



**FIG. 39**

US 8,425,354 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**IMPLANTABLE LOCATOR FOR HUNTING ARROWS**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Patent Application Ser. No. 61/296,207, filed Jan. 19, 2010, and U.S. Provisional Patent Application Ser. No. 61/243,049, filed Sep. 16, 2009, which are hereby incorporated by reference herein in their entireties, including but not limited to those portions that specifically appear hereinafter, the incorporation by reference being made with the following exception: In the event that any portion of the above-referenced application is inconsistent with this application, this application supercedes the above-referenced application.

STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH AND DEVELOPMENT

Not Applicable.

BACKGROUND

This disclosure relates generally to hunting arrows, and more particularly, but not necessarily entirely, to a hunting arrow having a transmitter, located either on or within the arrow to enable a bow hunter to locate the arrow after a missed shot, or the wounded animal after a successful shot independent of the ultimate location of the arrow itself.

The bow hunting of big game animals is a popular sport, particularly in the United States. White-tailed deer, mule deer, elk, antelope and bear are only a few of the species currently being hunted. State-of-the-art hunting arrows are typically made of fiberglass, aluminum, carbon reinforced plastic or composite materials and are provided with a removable and interchangeable tip, or "broadhead." The type, size, weight, etc., of a broadhead may be changed depending upon the animal being hunted, the weather conditions, the terrain, etc. Such arrows are quite expensive, typically ranging in price from $10.00 to $50.00 apiece.

Two distinct problems are common with bow hunters: (1) locating the arrow resulting from a missed shot and (2) locating the injured animal (if an immediate kill is not made) resulting from a successful shot. Even the best of hunters miss their target about 20-25% of the time and less experienced hunters even more. When shooting from a range of 50-100 yards, it is not uncommon to lose the arrows resulting from errant shots. A typical hunter may lose 10-20 arrows per year, resulting in substantial financial loss and frustration. Even more importantly, however, the loss of game resulting from successful shots is significant. While it is possible to drop a smaller animal immediately with a well-placed shot, larger animals such as deer, elk, bear, etc., are seldom instantly killed by an arrow. Whether the arrow passes completely through the animal or remains imbedded therein, the animal may continue to run from a few hundred yards up to many miles before either dying or resting, often evading the best tracking efforts of the hunter. This results in the loss of many wounded animals, which is a great disappointment to the hunter, as well as a waste of natural resources.

Hunting arrows have been developed which contain transmitters, enabling the bow hunter with a receiving unit to locate either the arrow after an errant shot, or the quarry after a successful shot, presuming the arrow remains imbedded in the quarry. However, while these arrows have addressed the problem of errant shots and successful shots, where the arrow remains imbedded in the quarry, in a significant number of cases of successful shots in relatively smaller animals (such as white-tail deer) the arrow passes completely through the animal, severely injuring but not necessarily immediately incapacitating it. Moreover, imbedded arrows are usually broken off against trees, rocks, etc., or even pulled out by the injured animal. In such cases the animal may run a substantial distance before dying, making it quite difficult to find, if one of these previously available arrows is utilized.

Hunting arrows have also been developed which contain transmitters which can separate from the arrow and attach themselves to the quarry to avoid some of the problems discussed above. Typically, these transmitters are expensive, but their cost can be offset by reusing the transmitters multiple times. However, certain components associated with these detachable transmitters are prone to breakage rendering these expensive transmitters useless and a financial loss.

Another serious problem that must be considered when adding extra weight to an arrow, (such as a transmitter, etc.), is how the extra weight affects the performance of the arrow. In general, it is desirable to add the least amount of weight to the arrow to maintain the performance of the arrow. For example, a heavy arrow will travel slower than a lighter arrow and tend to "drop" more quickly over a given distance as compared to the lighter arrow. Thus, a lightweight transmitter assembly, and lightweight structures associated with the transmitter, is highly desirable to help maintain the performance of the arrow.

The previously available devices are thus characterized by several disadvantages that are addressed by the disclosure. The disclosure minimizes, and in some aspects eliminates, the above-mentioned failures, and other problems, by utilizing the methods and structural features described herein. For example, the detachable transmitter assembly disclosed herein significantly reduces the loss of wounded animals by allowing the hunter to track and locate the wounded animal. This allows the hunter to hunt more efficiently and thereby reduces the waste of natural resources.

The features and advantages of the disclosure will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by the practice of the disclosure without undue experimentation. The features and advantages of the disclosure may be realized and obtained by means of the instruments and combinations particularly pointed out herein.

SUMMARY OF THE DISCLOSURE

One embodiment of the present disclosure may comprise a hunting arrow including an arrow shaft with a preformed chamber inside of the arrow shaft. The chamber has an access window, a compression fitting surface at one end of the chamber and a chamber angled surface at the other end of the chamber. The hunting arrow also includes a signal generating transmitter having a compression fitting at one end of the transmitter and an angled surface at the other end of the transmitter. The transmitter can also have at least one barbed hook attached to the transmitter.

Another embodiment of the present disclosure may comprise a hunting arrow including an arrow shaft with a hollow distal end and a chamber access window in the shaft. The hunting arrow also has a chamber insert that is inserted into the hollow end of the shaft. The chamber insert has an access window, a compression fitting surface at one end of the chamber insert, and a chamber insert angled surface at the other end of the chamber insert. The hunting arrow also includes a signal generating transmitter having a compression fitting at

US 8,425,354 B2

3

one end of the transmitter and an angled surface at the other end of the transmitter. The transmitter also has at least one barbed hook attached to the transmitter.

A further embodiment of the present disclosure may comprise a hunting arrow including an arrow shaft with a threaded distal end and a chamber access window in the shaft. The embodiment also has a chamber attachment that is inserted into or threaded onto the end of the shaft. The chamber attachment has an access window, a compression fitting surface at one end of the chamber attachment, and a chamber attachment angled surface at the other end of the chamber attachment. The hunting arrow also includes a signal generating transmitter having a compression fitting at one end of the transmitter and an angled surface at the other end of the transmitter. The transmitter also has at least one barbed hook attached to the transmitter.

In yet a further embodiment of the present disclosure, a method of tracking a target animal is disclosed whereby a hunting arrow (according to any one of the above descriptions) is provided to an operator who inserts the transmitter into the chamber with sufficient force to engage the chamber compression fitting surface with the transmitter compression fitting such that the transmitter is securely attached within the chamber. The operator then shoots the arrow at a target animal and tracks the animal using a suitable receiver to receive the signals generated by the transmitter to locate the animal.

BRIEF DESCRIPTION OF THE DRAWINGS

The features and advantages of the disclosure will become apparent from a consideration of the subsequent detailed description presented in connection with the accompanying drawings in which:

FIG. **1A** is a plan view, in partial sectional view, of a hunting arrow made in accordance with the teachings and principles of the disclosure;

FIG. **1B** is a plan view, in partial sectional view, of a hunting arrow made in accordance with the teachings and principles of the disclosure;

FIG. **2** is an enlarged partial sectional view of the hunting arrow of FIGS. **1A** or **1B** made in accordance with the teachings and principles of the disclosure;

FIG. **3** is a perspective view of a transmitter body made in accordance with the teachings and principles of the disclosure;

FIG. **4** is a side view of the transmitter body of FIG. **3** made in accordance with the teachings and principles of the disclosure;

FIG. **5** is a front view of the transmitter body of FIG. **3** made in accordance with the teachings and principles of the disclosure;

FIG. **6** is a rear view of the transmitter body of FIG. **3** made in accordance with the teachings and principles of the disclosure;

FIG. **7** is a perspective view of a transmitter compression fitting made in accordance with the teachings and principles of the disclosure;

FIG. **8** is a side view of the transmitter of FIG. **4** and the compression fitting of FIG. **7** made in accordance with the teachings and principles of the disclosure;

FIG. **9** is a front view of the transmitter of FIG. **4** and the compression fitting of FIG. **7** made in accordance with the teachings and principles of the disclosure;

FIG. **10** is a side view of the transmitter of FIG. **9** with a hook made in accordance with the teachings and principles of the disclosure;

4

FIG. **11** is a side view of the transmitter of FIG. **10** made in accordance with the teachings and principles of the disclosure;

FIG. **12** is a top view of the transmitter of FIG. **11** made in accordance with the teachings and principles of the disclosure;

FIG. **13** is a bottom-side view of the transmitter of FIG. **11** made in accordance with the teachings and principles of the disclosure;

FIG. **14** is a partial sectional view of the arrow of FIG. **1A** or **1B** with the transmitter of FIG. **10** inserted within the arrow chamber;

FIG. **15** is a perspective view of another embodiment of a transmitter made in accordance with the teachings and principles of the disclosure;

FIG. **16** is a sectional view of another embodiment of an arrow chamber extension made in accordance with the teachings and principles of the disclosure;

FIG. **17** is a sectional view of a further embodiment of an arrow chamber insert made in accordance with the teachings and principles of the disclosure.

FIG. **18** is a front perspective view of a transmitter body made in accordance with the teachings and principles of the disclosure;

FIG. **19** is a rear perspective view of the transmitter body of FIG. **18**;

FIG. **20** is a front perspective view of a transmitter body made in accordance with the teachings and principles of the disclosure;

FIG. **21** is a front view of the transmitter body of FIG. **20**;

FIG. **22** is a front perspective view of a chamber insert made in accordance with the teachings and principles of the disclosure;

FIG. **23** is a top view of the chamber insert of FIG. **22**;

FIG. **24** is a side view of the chamber insert of FIG. **22**;

FIG. **25** is a front perspective cross-sectional view of the chamber insert of FIG. **22**;

FIG. **26** is a cross-sectional side view of the chamber insert of FIG. **22**;

FIG. **27** is a front perspective view of a plunger made in accordance with the teachings and principles of the disclosure;

FIG. **28** is a rear perspective view of the plunger of FIG. **27**;

FIG. **29** is a cross-sectional side view of the chamber insert of FIG. **22** with a plunger inserted therein;

FIG. **30** is a cross-sectional side view of another chamber insert made in accordance with the teachings and principles of the disclosure;

FIG. **31** is a front perspective view of a transmitter body made in accordance with the teachings and principles of the disclosure;

FIG. **32** is a rear perspective view of the transmitter body of FIG. **31**;

FIG. **33** is a front view of the transmitter body of FIG. **31**;

FIG. **34** is a front perspective view of a transmitter lid made in accordance with the teachings and principles of the disclosure;

FIG. **35** is a rear perspective view of the transmitter lid of FIG. **34**;

FIG. **36** is a front perspective view of a transmitter body with the lid removed made in accordance with the teachings and principles of the disclosure;

FIG. **37** is a front perspective cross-sectional view of the transmitter body of FIG. **36**;

FIG. **38** is a front perspective view of a chamber insert made in accordance with the teachings and principles of the disclosure; and

**5**

FIG. **39** is front perspective cross-sectional view of the chamber insert of FIG. **38**.

## DETAILED DESCRIPTION

For the purposes of promoting an understanding of the principles in accordance with this disclosure, reference will now be made to the embodiments illustrated in the drawings and specific language will be used to describe the same. It will nevertheless be understood that no limitation of the scope of the disclosure is thereby intended. Any alterations and further modifications of the inventive features illustrated herein, and any additional applications of the principles of the disclosure as illustrated herein, which would normally occur to one skilled in the relevant art and having possession of this disclosure, are to be considered within the scope of the disclosure claimed.

Before the devices, systems, processes and methods for providing an implantable locator for tracking hunting animals are disclosed and described, it is to be understood that this disclosure is not limited to the particular configurations, process steps, and materials disclosed herein as such configurations, process steps, and materials may vary somewhat. It is also to be understood that the terminology employed herein is used for the purpose of describing particular embodiments only and is not intended to be limiting since the scope of the disclosure will be limited only by the appended claims and equivalents thereof.

In describing and claiming the subject matter of the disclosure, the following terminology will be used in accordance with the definitions set out below.

It must be noted that, as used in this specification and the appended claims, the singular forms "a", "an", and "the" include plural referents unless the context clearly dictates otherwise.

As used herein, the terms "comprising," "including," "containing," "characterized by," "having" and grammatical equivalents thereof are inclusive or open-ended terms that do not exclude additional, unrecited elements or method steps.

As used herein, the term "snap-fit connection" refers to the engagement or assembly of two members through deformation or deflection of at least one of the members. Once installed, the deformed or deflected member may return to its original shape.

As used herein, the term "proximal" shall refer broadly to the concept of a nearest portion. For example, the end of the arrow comprising fletching is the proximal-most portion of the arrow, because it is the nearest portion to the shooter as the arrow is traveling toward a target.

As used herein, the term "distal" shall generally refer to the opposite of proximal, and thus to the concept of a further portion, or a furthest portion, depending upon the context.

As used herein, the phrase "in an at least partially proximal-to-distal direction" shall refer generally to a two-dimensional concept of direction in which the "proximal-to-distal" direction defines one direction or dimension. An item that extends in a non-parallel direction with respect to the "proximal-to-distal" direction, that is, at a non-straight angle thereto, thereby involves two components of direction, one of which is in the "proximal-to-distal" direction and the other being in a direction orthogonal to the "proximal-to-distal" direction.

FIGS. **1**A and **1**B illustrate a hunting arrows generally designated **100**, having a broadhead **106**, shaft **103**, nock **101** and fletchings **102**. As illustrated in FIG. **1**A, the broadhead **106** can be removably affixed to shaft **103** to permit the interchange of various broadheads depending upon the par-

**6**

ticular conditions. For instance, the broadhead **106** as shown in FIG. **1**A may be affixed as by screwing the broadhead **106** with threaded male member **107** into threaded female plug **104** affixed in the forward-most end of shaft **103**. Alternatively, the broadhead **106** as shown in FIG. **1**B may be affixed as by screwing the broadhead **106** with internally female threaded plug **107** onto threaded male member **111** protruding from the forward-most end of shaft **103**. In one embodiment of the disclosure, the shaft **103** of arrow **100** is hollow and comprises a chamber **105** that is accessible via a chamber access window **108** and configured to receive a suitable transmitter housing (not explicitly shown in FIG. **1**A or **1**B). The window **108** may be cut into the shaft **103**. The chamber **105** and chamber window **108** may also simply be milled or formed into the arrow **100** during production.

FIG. **2** shows an enlarged partial sectional view of the hunting arrow **100** revealing greater detail of an embodiment of the inside of chamber **200** which is configured to receive a suitable transmitter housing (not explicitly shown in the figure). The distal end of chamber **200** comprises a ramp **220** which underlies a rearward portion of the access window **230**. The ramp **220** is secured within the arrow **100**, as with adhesive, by friction or other means well-known to those skilled in the art. The ramp **220** can also be molded or integrally formed within the arrow **100** during production. The ramp surface **240** of the ramp **220** can assume a flat, concave or convex shape. Preferably, the ramp surface **240** is concave, rounded, and adapted to receive a correspondingly shaped convex transmitter housing (not explicitly shown in the figure) to help retain and guide the transmitter housing during ejection of the transmitter housing from the chamber **200**. The forward portion of chamber **200** can have one or more projections or lips **210** to help retain a suitable transmitter housing within chamber **200** while the arrow **100** is in flight. It will be appreciated that the lips **210** are an engagement member. The lips **210** can also have ramping surfaces **250** on one or both sides of the lips **210** to help facilitate transmitter housing insertion and removal. Ramping surfaces **250** can be flat, concave or convex and can be secured within the arrow, as with adhesive, by friction or other means well-known to those skilled in the art. Ramping surfaces **250** can also be molded or integrally formed within the chamber **200** during production of the arrow **100**.

FIGS. **3-6** show various views of an embodiment of a transmitter housing **300** for use with the arrow **100** of FIGS. **1** and **2**. FIG. **3** illustrates a perspective view of transmitter housing **300** and FIGS. **4**, **5** and **6** each show a left side view, front view and rear view of transmitter housing **300**, respectively.

With reference to FIG. **3**, in an embodiment of the present disclosure, the transmitter housing **300** is adapted to contain a radio transmitter (not explicitly shown in the figure) within the housing. The radio transmitter may be utilized to transmit radio frequency signals that may be utilized to determine the location of the transmitter housing **300**. In an embodiment of the present disclosure, the transmitter housing **300** may include a battery for powering the radio transmitter in the housing **300**. In an embodiment of the present disclosure, the transmitter housing **300** may further comprise a GPS receiver that may be utilized to receive location information that may be transmitted by a transmitter in the housing **300**. For purposes of this disclosure, transmitter housing **300** may also be referred to as "transmitter assembly" or simply "transmitter." The transmitter housing **300** may be made from a relatively strong, lightweight material, such as plastic, resin, composite materials or the like. Transmitter housing **300** has top surface **310**, transmitter ramp surface **360** and top-forward surface

7

320, as seen in FIG. 3. Additionally, the transmitter housing 300 can have front bore hole 330 and side bore holes 340 and 350 for receiving additional parts, as will be discussed in further detail below.

FIG. 4 shows a left side view of transmitter 300, including: left surface 400, rear surface 440, transmitter ramp surface 360 and bottom surface 420. Transmitter ramp surface 360 may be shaped to complement the ramp surface 240 of chamber 200 (see FIG. 2). For example, if the chamber ramp surface 240 is rounded and concave, then it is preferable that the transmitter ramp surface 360 be rounded and convex to conform to the shape of the chamber ramp surface 240. Likewise, if the bottom of chamber 200 is rounded and concave, then it is preferable that the bottom surface 420 of transmitter housing 300 be rounded and convex to conform to the shape of the bottom of the chamber 200. With reference to FIG. 5, showing a front view of the transmitter housing 300 of FIG. 3, it can be seen that bore holes 340 extend all of the way through transmitter body 300 to secure parts to transmitter body 300, as will be discussed in further detail below. FIG. 6 shows a rear view of the transmitter body of FIG. 3, illustrating the transmitter ramp surface 360 and the rear surface 440.

FIG. 7 illustrates one embodiment of a compression fitting 700 for use with the transmitter housing 300 and chamber 200 (see FIG. 2) disclosed herein. The compression fitting 700 is preferably made from a strong, lightweight, semi-pliable, deformable or bendable material, such as plastic, metal, composite materials, etc. It will be appreciated that the compression fitting 700 is an engagement member. The compression fitting 700 comprises a tail portion 760 and head portion 750. The tail portion 760 can have a bore hole 780 for attaching the compression fitting 700 to the transmitter housing 300, as will be discussed in greater detail below. The head portion 750 further comprises a resected portion 770 and attachment surfaces, including: top surfaces 710, ramping surfaces 720 and 740 and side surfaces 730. As will be seen, these attachment surfaces can interact with corresponding surfaces within chamber 200 (see FIG. 2) to secure the transmitter within the chamber 200.

FIGS. 8-10 illustrate the assembly of the transmitter housing 300 of FIG. 3 with the compression fitting 700 of FIG. 7. Specifically, FIG. 8 shows the compression fitting 700 ready for insertion into the front bore hole 330 of the transmitter housing 300. Note that the side bore hole 340 of the transmitter housing 300 and the compression fitting bore hole 780 are aligned upon insertion.

FIG. 9 illustrates a front view of the transmitter housing 300 with compression fitting 700 inserted into the front bore hole 330 of transmitter housing 300. A pin 910 is then inserted into bore hole 340 and through the compression fitting bore hole 780 to secure the compression fitting 700 to transmitter housing 300. In an embodiment of the present disclosure, compression fitting 700 maybe affixed to the transmitter housing 300 via threading or some other suitable method known by those skilled in the art.

FIG. 10 is a side view of the transmitter housing 300 and compression fitting 700 of FIG. 9. Additionally, one or more barbed hooks 1020 can be affixed to the transmitter housing 300 via insertion of the stem 1000 of the one or more barbed hooks 1020 into bore hole 1010 of transmitter housing 300. The number of hooks 1020 can be chosen depending on the strength of the hook and the amount of force the hook is expected to experience. The one or more barbed hooks 1020 can be secured within the bore hole 1010 of transmitter housing 300, with adhesive, by friction, via screw threading, via retaining pins, or by other means well-known to those skilled in the art. The one or more barbed hooks 1020 can also be

8

molded or integrally formed within the transmitter body 300 during production. Additionally, the bore hole 350 can also be used to affix a wire, thread or other suitable material (not shown) to the transmitter body 300 to facilitate extraction of the transmitter housing 300 from the target animal.

FIGS. 11-13 show various views of an embodiment of a completed transmitter housing assembly, including attached compression fitting 700 and dual barbed hooks 1110.

FIG. 14 illustrates the completed transmitter housing 300 of FIG. 10 inserted into the chamber 200 as represented in FIG. 2. Arrow chamber 200 is provided with one or more retaining lips 210 to matingly engage the compression fitting 700 and secure the transmitter housing 300 in place. The operator accomplishes this by inserting the transmitter 300 into chamber 200 and pushing the transmitter compression fitting 700 forward against lips 210 with enough force to compress the two halves of the compression fitting 700 together (thereby reducing the diameter of the head 750 of the compression fitting 700) and allowing the head 750 of the compression fitting 700 to pass to the other side of lips 210. Once on the other side of the lips 210, the two halves of the head 750 of the compression fitting 700 are free to expand again, thereby securing the transmitter within the chamber 200. In an embodiment, the forces between the compression fitting 700 and lips 210 are sufficient enough to maintain the transmitter housing 300 affixed to the arrow 100 in view of the forces applied to the transmitter housing 300 when the arrow is shot, but not sufficient enough to withstand the impact of the transmitter housing 300 against the hide of the target animal. The lip 210 and compression fitting 700 size, design and lightweight material are all preferably chosen to reduce weight and retain arrow performance.

In operation, as the arrow 100 penetrates the target animal, an entry wound in the animal is produced by the broadhead 106. As the arrow 100 penetrates farther into the animal, the one or more barbed hooks 1020 embeds in the animal hide or skin Engagement of the barbed hook 1020 causes transmitter housing 300 to slow down and stop as the arrow 100 continues through the animal. With sufficient force, the compression fitting 700 will pop out of lips 210 and the transmitter housing 300 will slide up the ramp surface 240, in the direction of arrow 1440, exiting chamber 200 and embedding itself on the outside of the hide of the target animal. In this manner, the transmitter in the transmitter housing 300 can then be used to track the wounded animal, which can travel for many miles before dying or resting. The hunter may utilize a handheld radio receiver to track the wounded animal. This allows the hunter to hunt more efficiently by focusing his/her time and energy on finding the wounded animal instead of searching for other target animals to hunt, possibly resulting in the loss of multiple wounded animals and wasting precious natural resources.

FIG. 15 illustrates an embodiment of a transmitter housing assembly 1500 in accordance with the present disclosure. Transmitter housing assembly 1500 includes two subassemblies: transmitter subassembly 1570 and attachment subassembly 1580. Transmitter subassembly 1570 can have an accessible battery housing 1560, projection 1550 and bore holes 1510, as well as an on/off switch (not explicitly shown) to conserve battery power. Attachment assembly 1580 can have a receptor cavern 1540 to receive projection 1550 as well as bore holes 1510. Moreover, attachment assembly 1580 can also comprise at least one barbed hook 1520 and a compression fitting 1530. In one preferred embodiment, attachment assembly 1580 comprises two barbed hooks 1520 with the barbed ends of each hook protruding toward the distal end of attachment assembly 1580 (above compression

fitting **1530**) with each barbed hook also extending toward either side of attachment assembly **1580**. In this embodiment, each bared and barbed hook is also preferably oriented and shaped so as to not substantially extend above the top surface **1590** of the attachment assembly **1580**, if at all. That is to say, each barbed hook can also be oriented and shaped such that each barbed hook extends to either side of attachment assembly **1580** and below the top surface **1590** of the attachment assembly **1580**. Orienting the barbed hooks in this manner (i.e., keeping the hooks low, and closer to the attachment assembly **1580**), helps keep the mass of the barbed hooks closer to the axial center of mass of the arrow which helps maintain the accuracy of the arrow during flight. Transmitter subassembly **1570** and attachment subassembly **1580** can be affixed to each other by inserting projection **1550** into receiver portion **1540** and then inserting retaining pins (not explicitly shown) into bore holes **1510**. This embodiment allows for removal of the more expensive transmitter subassembly **1570** from the less expensive (and more prone to breakage) attachment assembly **1580**, thereby allowing reuse of transmitter assembly **1570**.

In an embodiment of the present disclosure, the transmitter subassembly **1570** and attachment subassembly **1580** can be affixed to each other via any number of suitable means, including but not limited to: threading, reversible glue/adhesive, compression fitting, etc. Although not explicitly shown in FIG. **15**, the proximal end of transmitter subassembly **1570** can assume a ramp shape, or any other shape described herein. Furthermore, in one preferred embodiment, the battery housing is configured to hold the batteries below the transmitter, given that batteries are typically heavier than the electronic components comprising the transmitter. This helps the center of mass of the transmitter assembly **1500** to line up with the axial center of mass of the arrow to maintain the accuracy of the arrow during flight.

FIG. **16** illustrates an embodiment of the present invention wherein a chamber extension **1600** may advantageously be interposed as an extension between a broadhead and an arrow shaft (not shown in the figure). In such embodiment, a consumer need not purchase an entire arrow but rather only the chamber extension **1600** and transmitter, which may be installed onto an end of a conventional arrow. The proximal end of the chamber extension **1660** may be sized and notched **1650** so as to be inserted into the distal end of an arrow shaft, up to the larger diameter portion **1640** of the chamber extension **1600** and retained therein by frictional forces. Alternatively, the proximal end of the chamber extension **1660** may be threaded and attached to the distal end of the arrow shaft which is also threaded to receive the chamber extension **1600**. In this embodiment the chamber extension **1600** may comprise an internally threaded female portion within the proximal end of the chamber extension **1660** that is configured to receive an externally threaded male portion projecting from the arrow. Alternatively, the chamber extension **1600** may comprise an externally threaded male portion protruding **1660** from the proximal end of the chamber extension **1660** which is configured to receive an internally threaded female portion within the arrow. A broadhead (not shown) can also be affixed to the chamber extension **1600** by means of a threaded aperture **1630** as shown in FIG. **16**. Alternatively, the broadhead (not shown) can also be affixed to the chamber extension **1600** by means of an internally threaded female portion within the broadhead that is configured to receive an externally threaded male portion projecting from the distal end of the chamber extension **1600** (not explicitly shown).

FIG. **17** illustrates yet a further embodiment of the present invention wherein chamber insert **1700** may advantageously

be inserted into the distal end of a hollow arrow shaft (not shown) having a chamber access window similar to that discussed previously. In such embodiment, a consumer need not purchase an entire arrow but rather only the chamber insert **1700** and transmitter. The proximal end of the chamber insert **1760** may be sized and notched **1750** so as to be inserted into the distal end of an arrow shaft and retained therein by frictional forces. Alternatively, the proximal end of the chamber extension **1760** may be threaded, glued, or otherwise affixed within the distal end of a hollow arrow shaft according to any number of ways known by those skilled in the art. In one embodiment the proximal end of the chamber extension **1760** may comprise an internally threaded female portion within proximal end of the chamber extension **1760** which is configured to receive an externally threaded male portion projecting from the arrow. Alternatively, the proximal end of the chamber extension **1760** may comprise an externally threaded male portion protruding from the proximal end of the chamber extension **1760** that is configured to receive an internally threaded female portion within the arrow.

Although certain embodiments involving detachable chamber portions have been described above in great detail, it is to be understood that entire arrows comprising integrally formed chambers therein can also be used without parting from the spirit or scope of this invention.

FIGS. **18** and **19** illustrate different views of another embodiment of a transmitter housing or body **1800** in accordance with the present invention wherein the upper portion of the transmitter body **1810** is wider than the lower portion of the transmitter body **1820**. The wider upper portion of transmitter body **1810** gives transmitter body **1800** more volume and internal space to include larger electronic components (e.g. transmitters, receivers, Global Positioning Satellite (GPS) receivers, batteries, etc.) to increase the power and/or usefulness of the transmitter. In one embodiment, the transmitter body **1800** comprises a GPS receiver and a transmitter (not explicitly shown) wherein the GPS receiver receives the GPS location of the transmitter body **1800** (typically within an animal carcase) and then the transmitter conveys the GPS location of the animal to a receiver used by the hunter (not explicitly shown) to locate the animal. Similar to previously described transmitter body embodiments, the transmitter body **1800** can also comprise at least one barbed hook (not explicitly shown) and a compression fitting **1830**. In one preferred embodiment, the transmitter body **1800** comprises two barbed hooks (not explicitly shown) with the barbed ends of each hook protruding toward the distal end of the transmitter body **1800** (toward the compression fitting **1830**) with portions of each barbed hook also extending toward either side of the transmitter body **1800**.

In the embodiment of FIG. **18**, each bared and barbed hook is also preferably oriented and shaped so as to not substantially extend above the top surface **1840** of the upper portion of the transmitter body **1810**, if at all. That is to say, each barbed hook can also be oriented and shaped such that each barbed hook extends below the top surface **1840** of the upper portion of the transmitter body **1810**. Orienting the barbed hooks in this manner (i.e., keeping the hooks low, and closer to the lower portion of the transmitter body **1820**), helps keep the mass of the barbed hooks closer to the axial center of mass of the arrow which helps maintain the accuracy of the arrow during flight.

FIG. **19** is a perspective view of the proximal end of the transmitter body **1800** of FIG. **18** illustrating a recessed depression or dimple, or in some embodiments a protrusion, **1910** formed in the transmitter body ramp surface **1920**. The depression **1910** can be preformed in the transmitter body

US 8,425,354 B2

**11**

ramp surface **1920** during the molding or forming process at the time of manufacture, or alternatively, the depression **1910** can also be formed after the molding process using any well known process for forming a depression known by those skilled in the art. The function of the dimple **1910** will be discussed in more detail below.

FIGS. **20** and **21** show another embodiment of the present disclosure similar to that shown in FIGS. **18** and **19**. Referring to FIG. **20**, the upper portion **2020** of the transmitter body **2000** includes lateral stabilizers **2010** on each side of the upper portion **2020** of the transmitter body, toward the distal end of the transmitter body **2000** (the left stabilizer not being explicitly shown). FIG. **21** illustrates a front view of the transmitter body **2000** of FIG. **20** showing both the left and right lateral stabilizers **2110** will become more apparent from the disclosure relating to FIGS. **22-24** discussed below.

The transmitter housing or bodies shown in FIGS. **18-21** may be used in conjunction with chamber inserts shown in FIGS. **22-30**. FIG. **22** illustrates a front perspective view of one chamber insert embodiment **2200** having horizontal stabilizer members **2220** located on either side of the chamber opening **2030** and protruding laterally away from the chamber opening **2030**. The horizontal stabilizer members **2220** are configured to receive and abut the lower surface of the upper portion of the transmitter body **1930** (see FIG. **19**) to help stabilize the transmitter within the chamber during flight. FIG. **23** shows a top view of the chamber insert of FIG. **22**, looking down into the chamber. The chamber ramp **2320** has a plunger bore hole **2310** configured to receive a suitable plunger (discussed below) to help stabilize the transmitter within the chamber during flight. FIG. **24** is a side view of the chamber insert of FIG. **22** and FIG. **25** is a perspective cross-sectional view of the chamber insert of FIG. **22** showing the inside of the plunger bore hole **2510** (see FIG. **25**). FIG. **26** is a side cross-section view of the chamber insert of FIG. **22**, also showing the inside of the plunger bore hole **2610**.

FIGS. **27** and **28** are front and rear perspective views, respectively, of an exemplary plunger **2730** which can be inserted into the plunger bore hole of FIGS. **25** and **26** to help stabilize the transmitter within the chamber during flight. In will be appreciated that the plunger **2730** is an engagement member. The proximal end of the plunger **2730** can have a plunger retaining member **2710**, **2810** and the distal end of the plunger **2740** can have a plunger tip **2720**, **2820** that is preferably shaped and configured to engage the depression of a suitable transmitter (see FIG. **19**) that is inserted into the chamber. In one embodiment, the plunger tip **2720**, **2820** is rounded and smooth forming a substantially hemispherical shape configured to be received within a similarly shaped depression formed in the transmitter (see FIG. **19**) to help retain the transmitter within the chamber.

Referring now to FIG. **29**, the plunger **2920** of FIGS. **27** and **28** is inserted into the plunger bore hole of the chamber insert of FIGS. **22-26**. The plunger **2920** can be retained within the plunger bore hole by a resilient member **2910** and an adjustment member (not explicitly shown) located proximal to the resilient member **2910**. In one embodiment, the resilient member **2910** is a spring which imparts a force on the plunger **2920**, (in the direction of arrow A), causing the plunger tip **2930** to protrude into the chamber opening **2940**. The force that the resilient member **2910** imparts on the plunger **2920** can be adjusted by choosing different springs with different spring constants K. Alternatively, or in addition thereto, the force that the resilient member **2910** imparts on the plunger **2920** can also be varied by the adjustment member (not explicitly shown). It will be appreciated that, for

**12**

purposes of this disclosure, that the plunger **2920** is deformable by virtue of the resilient member **2910** and may form part of a snap-fit connection. Thus, it will be appreciated that the plunger **2920** is an engagement member.

Still referring to FIG. **29**, for example, in one embodiment, the adjustment member has a threaded shaft configured to be received by the threaded portion **2950** of the proximal end of the chamber insert **2960**. The adjustment member can also have an engagement surface (not explicitly shown) on the proximal end of the adjustment member that is configured to receive an adjustment tool (not explicitly shown) to allow a user to tighten or loosen the adjustment member and thereby increase or decrease the force that the resilient member **2910** imparts on the plunger **2920**. In one embodiment, the engagement surface on the proximal end of the adjustment member is configured to receive a hex wrench adjustment tool. In other embodiments, the engagement surface on the proximal end of the adjustment member is configured to receive a screwdriver adjustment tool. In still other embodiments, the engagement surface on the proximal end of the adjustment member can be configured in any of a number of different shapes according to the particular shape of the adjustment tool being used, as is well known in the art.

In practice, a user can insert a transmitter such as that shown in FIGS. **19-21** by inserting the proximal portion of the transmitter into the proximal end of chamber opening **2940**, inserting the plunger tip **2930** into the depression **1910** of the transmitter (See FIG. **19**), and then imparting enough force to push the plunger back into the plunger bore hole so as to allow for complete insertion of the transmitter into the chamber. Once the transmitter is completely inserted into the chamber, the resilient member imparts a continuous force on the plunger to thereby substantially secure the transmitter within the chamber. In this embodiment, the force on the plunger is preferably chosen (by adjusting the spring constant K and/or tension placed on the spring via the adjustment member, as described above) to be sufficient enough to retain the transmitter within the chamber given the forces applied to the transmitter when the arrow is shot and is traveling to the target, but not sufficient enough to withstand the impact of the transmitter against the hide of the target animal. The size, design and material of the adjustment member (not explicitly shown), resilient member **2910** and plunger **2920** are all preferably chosen to reduce weight so as to retain the arrow's performance during flight.

In operation, as the arrow penetrates the target animal, an entry wound in the animal is produced. As the arrow moves further into the animal, the one or more barbed hooks embeds in the animal hide or skin Engagement of the one or more barbed hooks causes the travel of the transmitter assembly to slow down or stop as the arrow continues into the animal. With sufficient force, the transmitter will push the plunger **2930** back into the plunger bore hole and the transmitter will slide up ramp **2970**, exit the chamber **2940**, and embed itself in the hide of the target animal. In this manner, the transmitter can then be used to track the wounded animal, which can travel for many miles before dying or resting. This allows the hunter to hunt more efficiently by focusing his/her time and energy on finding the wounded animal instead of searching for other target animals to hunt, possibly resulting in the loss of multiple wounded animals and wasting precious wildlife resources.

FIG. **30** shows a cross-sectional side view of another chamber insert embodiment **3000**, wherein the plunger tip **3010** is an integrally formed part of the ramping surface **3020**. In this embodiment, the plunger tip **3010** is not adjustable, but rather it is sized and shaped to impart enough force to the transmitter

US 8,425,354 B2

13

to releasably secure the transmitter within the chamber. In this embodiment, the size and shape of the plunger tip **3010** is preferably chosen to be sufficient enough to retain the transmitter within the chamber given the forces that will be imparted to the transmitter when the arrow is shot, but not sufficient enough to withstand the impact of the transmitter against the hide of the target animal. For example, the size and shape of the plunger tip **3010** may be different depending on the strength of the bow that will be used. For instance a bow with a 90 pound draw weight may require the plunger tip **3010** to be sized and shaped so as to impart more force on the transmitter as compared to a bow with a 50 pound draw weight. Alternatively, or in addition thereto, the depression formed in the transmitter body ramp surface **1920** (see FIG. **19**) can also be sized and shaped differently to impart enough force to the transmitter to substantially secure the transmitter within the chamber depending on the foreseeable forces that the transmitter is expected to experience.

Although the above transmitter bodies and chamber inserts have been described with the transmitter body having the depression and the chamber body having the protrusion, (i.e., the plunger tip), it is to be understood that in other embodiments the transmitter body can incorporate a protrusion and/or plunger system and the chamber insert can have a matching depression formed in the ramping surface without departing from the spirit or scope of the present disclosure.

Referring now to FIGS. **31-33**, an embodiment of a transmitter housing **3100** is disclosed. In an embodiment of the present disclosure, the transmitter housing **3100** is adapted to contain a radio transmitter (not explicitly shown in the figure) within the housing **3100**. The radio transmitter may be utilized to transmit radio frequency signals that may be utilized to determine the location of the transmitter housing **3100**. In an embodiment of the present disclosure, the transmitter housing **3100** may include a battery for powering the radio transmitter in the housing **3100**. In an embodiment of the present disclosure, the transmitter housing **3100** may further comprise a GPS receiver that may be utilized to receive location information that may be transmitted by a transmitter in the housing **3100** to a user.

The transmitter housing **3100** may include a body **3102** having an upper portion **3104** and a lower portion **3106**. A compression fitting **3108** may be installed into a bore **3109** in a distal end **3111** of the body **3102**. It will be appreciated that the compression fitting **3108** is an engagement member. The lower portion **3106** may be adapted to be received within a chamber of an arrow shaft. The lower portion **3106** may include a bottom **3112** and a ramp **3114** on a proximal end **3116**. The lower portion **3106** may include side portions **3120** extending from the distal end **3111** to the proximal end **3116**. Extending from the side portions **3120** may be one or more protruding retaining members **3110**. It will be appreciated that the retaining member **3110** are an engagement member. In an embodiment, the retaining members **3110** may have a substantially semi-spherical shape. In an embodiment, the retaining members **3110** may assume a multitude of different shapes depending on the desired retaining strength needed for a given transmitter housing **3100**. The structure and function of the one or more retaining members **3110** will be discussed in greater detail below in conjunction with certain chamber insert embodiments. The transmitter housing **3100** may include one or more animal engagement members **3125** for engaging a hide of a target animal. In an embodiment of the present disclosure, the animal engagement members **3125** may comprise barbed hooks. The upper portion **3104** of the body **3102** may be too large to fit within a chamber of an arrow.

14

The transmitter housing **3100** may have a removable cover **3400** to allow a user to gain access to the battery or batteries and/or electronic components housed within the transmitter housing **3100**. For example, FIGS. **34** and **35** show top and bottom perspective views of an embodiment of a removable transmitter cover **3400** that can be used in conjunction with the transmitter shown in FIGS. **31-33**.

FIG. **36** depicts the transmitter housing **3100** of FIGS. **31-33** with the transmitter lid removed exposing the internal portion of the transmitter housing **3100** and revealing internal member **3610**. Internal member **3610** can comprise one or more components, including but not limited to, one or more Global Position System (GPS) receivers, one or more batteries, one or more analog transmitters, one or digital transmitters, electronic circuitry, one or more antennas, etc. However, it is to be understood that any transmitter body disclosed herein can house one or more components, including but not limited to, one or more Global Position System receivers, one or more batteries, one or more analog transmitters, one or digital transmitters, electronic circuitry, one or more antennas, etc. There can be many internal components housed within internal member **3610** and/or there can also be other internal components (not explicitly shown) housed within the transmitter **3100**.

FIG. **37** is a perspective cross-sectional side view of the transmitter housing **3100** of FIG. **36** showing how the internal space within the transmitter housing **3100** can be arranged into different compartments of various sizes and shapes. The particular size and shapes of the internal compartments within the transmitter body **3700** can vary depending on the size and shapes of the internal components to be housed therein. As mentioned previously, it is desirable to arrange the heaviest internal components (e.g., batteries) such that they are aligned with the axial center of mass of the arrow to maintain desirable flight characteristics. However, it is also to be understood that this arrangement is not required by the present disclosure such that in some embodiments the heavier components may not be optimally aligned with the center of mass of the arrow.

FIGS. **38** and **39** illustrate an embodiment of an insert or an arrow shaft extension **3800** that may be used in conjunction with the transmitter housing **3100** of FIGS. **31-37**. The insert **3800** may include a shaft portion **3804** on its proximal end **3806**. The shaft portion **3804** may be received into a distal end of a hollow shaft of a hunting arrow (not shown). The shaft portion **3804** may be secured by adhesive or threads. It will be appreciated that the insert **3800** may form part of, or an extension of, the arrow shaft. A distal end **3808** of the insert **3800** may include a female threaded bore **3812** for receiving a male threaded end of an arrow tip, such as a broadhead. The insert **3800** may include a chamber **3820** for receiving the transmitter housing **3100**. A window **3821** may provide access to the chamber **3820**. A planar deck **3823** may surround some or all of the window **3821**.

The chamber **3820** may include a pair of opposing sidewalls **3822**. The sidewalls **3822** may have one or more retaining dimples, recesses or depressions **3810** that are configured to line up with and receive the retaining members **3110** (see FIGS. **31-33** showing the protrusions) along the side surfaces **3120** of the transmitter housing **3100**. It will be appreciated that the retaining dimples **3810** are an engagement member. In an embodiment of the present disclosure, the retaining dimples **3810** form depressions in the internal sides **3822** of the chamber **3820** and have a substantially partially spherical shape that corresponds to the substantially partially spherical shaped retaining members **3110** of the transmitter housing **3100** in FIGS. **31-33**.

US 8,425,354 B2

15

A proximal end **3824** of the chamber **3820** may include a ramp **3826** having a functionality as previously described. As best seen in FIG. **39**, a distal end **3828** of the chamber **3820** may include a lip **3830** for receiving the compression fitting **3108** (see FIG. **31**) on the transmitter housing **3100**. The lip **3830** is an engaging surface and may be deformable. It will be appreciated that the chamber **3820** is sized and dimensioned to receive the lower portion **3106** of the transmitter housing **3100**.

Referring to FIGS. **31-33**, **38** and **39**, in operation a user inserts the lower portion **3106** of the transmitter housing **3100** into the chamber **3820** with sufficient force to "snap" the transmitter body **3102** securely in the chamber **3820** by forcing the retaining members **3110** inside of the retaining dimples **3810**. The insert **3800** and/or the transmitter housing **3100** may be made from a semi-rigid, deformable or flexible material (e.g., plastic) to facilitate the insertion of the transmitter housing **3100** into the chamber **3820** by a "snap-fit." Once the lower portion **3106** of the transmitter housing **3100** is completely inserted into the chamber **3820**, the flexible chamber insert **3800** (and/or transmitter housing **3100**) returns to its normal position and substantially retains the transmitter housing **3100** within the chamber **3820**. In an embodiment of the present disclosure, the size, shape and number of retaining members **3110** (and corresponding retaining dimples **3810**), as well as the flexibility and surface characteristics of the materials comprising the chamber **3820** insert and/or the transmitter housing **3100** can be chosen to achieve a desired retaining strength for a particular transmitter. That is to say, all of these factors can be chosen such that the force necessary to remove the transmitter housing **3100** from the chamber **3820** is sufficient enough to retain the transmitter in view of the forces that will be applied to the transmitter when the arrow is shot, but not sufficient enough to withstand the impact of the transmitter against the hide of the target animal. For example, an embodiment of a chamber/ transmitter body system can have two sets of retaining members and corresponding retaining dimples (one on each side of the chamber/transmitter body system) which may be suitable for a hunter using a bow with a 40 pound draw weight. Another embodiment of a chamber/transmitter body system can have three sets of retaining members and corresponding retaining dimples (one on each side of the chamber/transmitter body system) which may be suitable for a hunter using a seventy pound bow. Yet another embodiment of a chamber/ transmitter body system can have five sets of retaining members and corresponding retaining dimples (one on each side of the chamber/transmitter body system) which may be suitable for a hunter using a bow with a 90 pound draw weight.

In practice, as an arrow penetrates the target animal, an entry wound in the animal is produced. As the arrow moves further into the animal, the one or more barbed hooks (not explicitly shown in all of the figures) embeds in the animal hide or skin Engagement of the one or more barbed hooks causes the transmitter housing to slow down or stop as the arrow continues through the animal. It will be appreciated that structures which perform similarly as barbed hooks can also be used in accordance with the present disclosure. With sufficient force, the chamber and/or transmitter material will flex enough to "pop" the retaining members out of the retaining dimples, allowing the transmitter body to slide up the chamber ramp, exit the chamber and embed itself in the hide of the target animal. The transmitter itself may remain on the outside of the animal. In this manner, the transmitter can then be used to track the wounded animal, which can travel for many miles before dying or resting. This allows the hunter to hunt more efficiently by focusing his/her time and energy on

16

finding the wounded animal instead of searching for other target animals to hunt, possibly resulting in the loss of multiple wounded animals and wasting precious wildlife resources.

It is to be understood, that any number of retaining members and corresponding retaining dimples (in sets or otherwise) can be used without departing from the spirit or scope of the present disclosure. It is also to be understood that the retaining members and retaining dimples of this embodiment can also be used with other features disclosed herein. For example, in one embodiment the chamber/transmitter body system can comprise retaining members and retaining dimples as well as the plunger system and the compression fitting systems disclosed herein. Furthermore, although certain embodiments involving detachable chamber portions and chamber inserts have been described above in great detail, it is to be understood that entire arrows comprising integrally formed chambers therein can also be used without departing from the spirit or scope of this invention.

In yet a further embodiment of the present disclosure, a transmitter (not shown in all of the figures) can be secured to an arrow shaft by a tearable strip, such as an adhesive strip, having sufficient bonding or shear strength to maintain the transmitter affixed to the arrow in view of the forces applied to the transmitter when the arrow is shot, but not sufficient enough to withstand the impact of the transmitter against the hide of the target animal. In one embodiment the strip used to secure the transmitter comprises polyolefin adhesive tape having the desirable bonding and shear strength.

In the foregoing Detailed Description, various features of the disclosure are grouped together in a single embodiment for the purpose of streamlining the disclosure. This method of disclosure is not to be interpreted as reflecting an intention that the claimed disclosure requires more features than are expressly recited in each claim. Rather, as the following claims reflect, inventive aspects lie in less than all features of any single foregoing disclosed embodiment. Thus, the following claims are hereby incorporated into this Detailed Description by this reference, with each claim standing on its own as a separate embodiment of the disclosure.

It is to be understood that the above-described arrangements are only illustrative of the application of the principles of the disclosure. Numerous modifications and alternative arrangements may be devised by those skilled in the art without departing from the spirit and scope of the disclosure and the appended claims are intended to cover such modifications and arrangements. Thus, while the disclosure has been shown in the drawings and described above with particularity and detail, it will be apparent to those of ordinary skill in the art that numerous modifications, including, but not limited to, variations in size, materials, shape, form, function and manner of operation, assembly and use may be made without departing from the principles and concepts set forth herein.

What is claimed is:
1. A hunting arrow comprising:
an arrow shaft;
a chamber formed within the arrow shaft, the chamber having a first engagement member comprising a lip;
a chamber access window;
a housing removably receivable into the chamber through said chamber access window, a distal end of the housing having a second engagement member extending therefrom, said second engagement member comprising a deformable head portion; and
said first engagement member engaging said second engagement member to thereby secure the housing in said chamber.

**17**

**2**. The hunting arrow of claim **1**, wherein said deformable head portion comprises a resected slot portion.

**3**. The hunting arrow of claim **1**, further comprising at least one animal engagement member extending from the housing, wherein said at least one animal engagement member engages a body of an animal to thereby cause said housing to be extracted from said chamber as said arrow shaft penetrates into the body of the animal.

**4**. The hunting arrow of claim **3**, wherein said at least one animal engagement member comprises at least one hook.

**5**. The hunting arrow of claim **1**, wherein said chamber comprises a pair of opposing sidewalls extending from a proximal end to a distal end of the chamber.

**6**. The hunting arrow of claim **5**, further comprising at least one engaging member formed in the opposing sidewalls.

**7**. The hunting arrow of claim **6**, wherein said housing comprises sidewalls and at least one engaging member formed in the sidewalls.

**8**. The hunting arrow of claim **7**, wherein said the at least one engaging member formed in the opposing sidewalls of the chamber and the at least one engaging member formed in the sidewalls of the housing form a snap-fit connection.

**9**. The hunting arrow of claim **1**, wherein said chamber further comprises a ramp for guiding said housing out of said chamber.

**10**. The hunting arrow of claim **1**, wherein said housing comprises a radio transmitter.

**11**. The hunting arrow of claim **1**, wherein said housing comprises a GPS receiver.

**12**. The hunting arrow of claim **1**, wherein said housing comprises a battery.

**13**. The hunting arrow of claim **1**, wherein the housing comprises a lower portion and an upper portion, wherein said upper portion resides outside of said chamber while said lower portion resides inside of said chamber when the housing is secured in said chamber.

**14**. An apparatus for adding a payload to an arrow, the arrow having a shaft, said apparatus comprising:
an insert, said insert comprising:
a first end configured and adapted for mating to the shaft of the arrow,
a chamber,
a chamber access window, and
a first engagement member;
a housing having a second engagement member; and
said first engagement member engaging said second engagement member to thereby removably secure the housing in said chamber of the insert.

**15**. The apparatus of claim **14**, wherein at least one of said first engagement member and said second engagement member is deformable such that said housing is secured into said chamber by a snap-fit connection.

**16**. The apparatus of claim **14**, further comprising at least one animal engagement member extending from the housing, wherein said at least one animal engagement member engages a body of an animal to thereby cause said housing to be extracted from said chamber as said arrow shaft penetrates into the body of the animal.

**17**. The apparatus of claim **16**, wherein said at least one animal engagement member comprises at least one hook.

**18**. The apparatus of claim **14**, wherein said first engagement member and said second engagement member comprise a lip and a resected head portion.

**19**. The apparatus of claim **14**, wherein said first engagement member and said second engagement member comprise a depression and a protrusion.

**18**

**20**. The apparatus of claim **14**, wherein said first engagement member and said second engagement member comprise a plurality of depressions and a plurality of protrusions.

**21**. The apparatus of claim **14**, wherein said first engagement member and said second engagement member comprise a plunger biased by a resilient member.

**22**. The apparatus of claim **14**, wherein said insert further comprises a bore for receiving and secured a shaft of a broadhead.

**23**. The apparatus of claim **14**, wherein said housing comprises a radio transmitter.

**24**. The apparatus of claim **14**, wherein said housing comprises a GPS receiver.

**25**. The apparatus of claim **14**, wherein said housing further comprises a battery.

**26**. The apparatus of claim **14**, wherein the housing comprises a lower portion and an upper portion, wherein said upper portion resides outside of said chamber while said lower portion resides in said chamber when the housing is secured to the chamber.

**27**. An apparatus for adding a payload to an arrow, the arrow having a shaft, said apparatus comprising:
an insert, said insert comprising:
a first end configured and adapted for mating to the shaft of the arrow,
a chamber having a proximal end, a distal end and a pair of opposing sidewalls extending from the proximal end to the distal end,
a first plurality of engagement members formed in each of the opposing sidewalls,
a chamber access window, and
a ramp formed in the proximal end of the chamber;
a housing removably securable into the chamber through said chamber access window, the housing comprising:
a pair of sidewalls extending from a proximal end to a distal end of the housing,
a second plurality of engagement members formed in each of the sidewalls, and
an angled surface formed in the proximal end of the housing; and
at least one animal engagement member extending from the housing;
wherein at least one of said first plurality of engagement members and said second plurality of engagement members is deformable such that said housing is secured into said chamber by a snap-fit connection.

**28**. The apparatus of claim **27**, wherein said housing comprises a radio transmitter.

**29**. A method of adding a payload to an arrow, the arrow having a shaft, said method comprising:
installing an insert on a distal end of the shaft of the arrow, the insert comprising a chamber, a chamber access window, and a first engagement member;
providing a housing, said housing comprising a second engagement member and at least one animal engagement member;
installing the housing into the chamber through the chamber access window;
securing the housing to the insert by an engagement of the first engagement member and the second engagement member.

**30**. The method of claim **29**, wherein said housing comprises a radio transmitter.

**31**. The method of claim **29**, wherein said housing comprises a GPS receiver.

**32**. The method of claim **29**, wherein said animal engagement member comprises at least one hook.

US 8,425,354 B2

**19**

**33**. The method of claim **29**, further comprising securing the housing to the insert using a snap-fit connection between the first engagement member and the second engagement member.

**34**. The method of claim **33**, wherein said first engagement member and said second engagement member comprise a lip and a resected head portion.

**35**. The method of claim **33**, wherein said first engagement member and said second engagement member comprise a depression and a protrusion.

**36**. The method of claim **33**, wherein said first engagement member and said second engagement member comprise a plurality of depressions and a plurality of protrusions.

**37**. The method of claim **33**, wherein said first engagement member and said second engagement member comprise a plunger biased by a resilient member.

**38**. A method of tracking a wounded animal, said method comprising:

   providing a hunting arrow having a shaft, said shaft having a chamber formed therein with a first engagement member;

   providing a housing having a second engagement member; and

   securing the housing in the chamber by an engagement of the first engagement member and the second engagement member.

**39**. The method of claim **38**, wherein said housing comprises a radio transmitter.

**40**. The method of claim **38**, wherein said housing comprises a GPS receiver.

**41**. The method of claim **38**, wherein said housing comprises an animal engagement member extending therefrom.

**42**. The method of claim **38**, further comprising securing the housing in the chamber using a snap-fit connection formed between the first engagement member and the second engagement member.

**43**. The method of claim **42**, wherein said first engagement member and said second engagement member comprise a lip and a resected head portion.

**20**

**44**. The method of claim **42**, wherein said first engagement member and said second engagement member comprise a depression and a protrusion.

**45**. The method of claim **42**, wherein said first engagement member and said second engagement member comprise a plurality of depressions and a plurality of protrusions.

**46**. The method of claim **42**, wherein said first engagement member and said second engagement member comprise a plunger biased by a resilient member.

**47**. A method of tracking a wounded animal, said method comprising:

   providing a hunting arrow having a shaft, said shaft having a chamber formed therein, said chamber comprising:

      a chamber having a proximal end, a distal end and a pair of opposing sidewalls,

      a first plurality of engagement members formed in each of the opposing sidewalls,

      a lip formed in the distal end of the chamber,

      a chamber access window, and

      a ramp formed in the proximal end of the chamber;

   providing a housing, said housing comprising:

      a resected head portion extending from a distal end of the housing,

      a pair of sidewalls,

      a second plurality of engagement members formed in each of the sidewalls,

      an angled surface formed in the proximal end of the housing, and

      at least one animal engagement member extending from the housing; and

   securing the housing in the chamber by a snap-fit between the first plurality of engagement members and the second plurality of engagement members.

**48**. The method of claim **47**, wherein said housing comprises a radio transmitter.

*   *   *   *   *