IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **PRO-TRACKER, an Idaho limited liability company,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**IRON MOUNTAIN PRODUCTS,**<br><br>　　　　　　**Defendant.** | ORDER<br><br>Case No. 2:15-cv-00007<br><br>Magistrate Judge Dustin Pead |

　　Pursuant to this Court's Order To Show Cause issued on May 21, 2015 (doc. 4) and Plaintiff's response thereto (doc. 5), the above entitled action is hereby dismissed without prejudice.

　　　　　　　　　　　　DATED this 1st day of June, 2015,

　　　　　　　　　　　　_____
　　　　　　　　　　　　Dustin B. Pead
　　　　　　　　　　　　U.S. Federal Magistrate Judge